

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC -6 PM 5: 13

CLERK

BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN BRISSON,<br><br>Defendant,<br><br>VERMONT MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM,<br><br>Garnishee. | Misc. No. 2:22-mc-00084-cr<br><br>Related to Docket No. 5:13-cr-00034-001 |

## ORDER OF GARNISHMENT

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ, the Garnishee provided an Answer dated July 20, 2022, stating that at the time the Writ was served it had in its possession or under its control personal property belonging or due the Defendant.

On June 30, 2022, the Defendant was notified of her right to a hearing to contest the Garnishment and has not requested such a hearing.

IT IS ORDERED that Garnishee pay to the United States the full-liquidated value of the Defendant's Vermont Municipal Employees' Retirement System account, less any deductions required by law, with no additional tax or penalty for early withdrawal of those funds, to the Clerk of Court to be applied in partial satisfaction of the federal criminal judgment in this case.

IT IS FURTHER ORDERED that payment shall be made payable to **Clerk, U.S. District Court** and mailed to P.O. Box 945, Burlington, VT 05402.

Dated at Burlington, in the District of Vermont, this 6th day of December, 2022.

*[signature]*

CHRISTINA REISS
United States District Judge